FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK D. WALDRON, as Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PERKINS COIE, LLP, a Washington limited liability partnership; and LOWELL NESS, individual and California resident,<br><br>　　　　Defendants. | No. 2:21-CV-00159-SAB<br><br>**ORDER REMANDING MATTER TO BANKRUPTCY COURT** |

　　　Before the Court is Plaintiff-Appellee-Trustee's Motion to Restore Limited Jurisdiction to the Bankruptcy Court for the Sole Purpose of Settlement Approval, ECF No. 36. Defendant-Appellants are represented by John D. Munding, Ralph E. Cromwell, Jr., and Jofrey M. McWilliam. Plaintiff-Appellee-Trustee is represented by Pamela M. Egan. The motion was heard without oral argument.

　　　On appeal, the United States court of Appeals for the Ninth Circuit stated, "[t]his case is remanded to the district court with instructions to further remand to the bankruptcy court. Limited jurisdiction is transferred to the courts below for the sole purpose of settlement finalization and approval. [The Ninth Circuit] otherwise retains jurisdiction over this matter and appeal." ECF No. 35. Accordingly, this

**ORDER REMANDING MATTER TO BANKRUPTCY COURT** # 1

Court remands the above-captioned matter to Bankruptcy Court for the sole purpose of settlement finalization and approval.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff-Appellee-Trustee's Motion to Restore Limited Jurisdiction to the Bankruptcy Court for the Sole Purpose of Settlement Approval, ECF No. 36, is **GRANTED**.

2. The above-captioned matter is **REMANDED** to U.S. Bankruptcy Judge Frederick P. Corbit for the sole purpose of settlement finalization and approval.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and U.S. Bankruptcy Judge Corbit, and **close** the file.

**DATED** this 6th day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER REMANDING MATTER TO BANKRUPTCY COURT # 2**